# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>A single family house located at 5515 South Boulder Road in Boulder, Colorado, 80303 in unincorporated Boulder County described in more detail in Attachment A | ) ) ) ) ) ) ) ) )   Case No.   19-sw-6027-SKC |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit
The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit
The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

    X evidence of a crime;

    X contraband, fruits of crime, or other items illegally possessed;

    X property designed for use, intended for use, or used in committing a crime;

    ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __18__ U.S.C. § 844(h), 922, 1028A, 1343, 1344; __21__ U.S.C. §§ 841(a)(1) and (b) and 843, and the application is based on these facts:

    X Continued on the attached affidavit, which is incorporated by reference.

    ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

    *s/Justin Stern*
    *Applicant's signature*

    Justin Stern, FBI Special Agent
    *Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 10/16/2019

*Judge's signature*

City and state: Denver, CO      Magistrate Judge S. Kato Crews
*Printed name and title*